**FRIENDS OF THE COWLITZ AND CPR–FISH, Petitioners,**

**City of Tacoma, Intervenor,**

**v.**

**FEDERAL ENERGY REGULATORY COMMISSION, Respondent.**

No. 99–70373.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 8, 2000.

Filed June 14, 2001.

Amended Feb. 27, 2002.

Jonathan I. Feil, Simburg, Ketter, Sheppard & Purdy, LLP, Seattle, WA, for the petitioners.

Douglas W. Smith, General Counsel, Jay L. Witkin, Solicitor, Timm L. Abendroth, Lona T. Perry, Federal Energy Regulatory Commission, Washington, DC, for the respondent.

Before: B. FLETCHER and FISHER, Circuit Judges, and SCHWARZER, District Judge.[1]

## ORDER

The opinion reported at 253 F.3d 1161 is amended as follows:

On page 1162, line 9 of text in column one, delete "River" so that name of petitioner is corrected to "Friends of the Cowlitz".

On page 1163, line 23 of text in column two, make the same change.

On page 1162, lines 1–4, column two, change to read: "The upstream Mossyrock Dam (185 Ft., completed in 1963), and the downstream Mayfield Dam (325 ft., completed in 1968)."

The petition for rehearing is denied.